PEOPLE v HATHCOCK. Appeal from Macomb, Walter P. Cynar, J. Submitted Division 2 December 14, 1971, at Lansing. (Docket No. 10965.) Decided January 27, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *George N. Parris*, Prosecuting Attorney, *Thaddeus F. Hamera*, Chief Appellate Lawyer, and *Don L. Milbourn*, Assistant Prosecuting Attorney, for the people.

*Perlman & Garber,* for defendant on appeal.

Before: QUINN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant asserts that reversible error occurred at trial when his confession was admitted in evidence. Defendant claims the confession was involuntary.

After a separate hearing to determine the voluntariness of the confession, the trial judge found it to be voluntary. Our review of the record of that hearing fails to convince us that this finding is clearly erroneous, *People v Walker,* 6 Mich App 600 (1967).

Affirmed.